*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   November 6, 2014                518710
_____

In the Matter of SIDNEY HAYES,
                    Petitioner,

        v                                  MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____

Calendar Date:   September 16, 2014

Before:   Peters, P.J., Stein, McCarthy, Rose and Devine, JJ.

                    _____

        Sidney Hayes, Gouverneur, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

        Petitioner, a prison inmate, commenced this CPLR article 78 proceeding challenging a determination, after a tier III disciplinary hearing, finding him guilty of violating a prison disciplinary rule prohibiting the possession of alcohol.  The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged, and the mandatory $5 surcharge has been refunded to petitioner's inmate account.  Although not mentioned in the letter from the Attorney General, we note that "any loss of good time incurred by petitioner as a result of the determination

should be restored" (<u>Matter of Benitez v Fischer</u>, 118 AD3d 1237, 1238 [2014] [internal quotation marks and citations omitted]). In view of this, and given that petitioner has otherwise received all of the relief to which he is entitled, the matter is dismissed as moot (<u>see</u> <u>id.</u>; <u>Matter of Loper v Fischer</u>, 118 AD3d 1234, 1234 [2014]).

Peters, P.J., Stein, McCarthy, Rose and Devine, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court